No. 68959.—Brown, Alcantar & Brown, Inc. v. United States, protests 59/8867, etc. (El Paso).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA 7, C.A.D. 829), the claim of the plaintiff was substained.